# Court of Appeals
# of the State of Georgia

ATLANTA,  November 28, 2016

*The Court of Appeals hereby passes the following order:*

## A17A0560.  WILMER BURTON v. CYNTHIA BURTON.

The superior court found Wilmer Burton in contempt of a family violence protective order.  He has filed a direct appeal.  We lack jurisdiction.

Appeals of orders in domestic relations cases must be initiated by filing an application for discretionary appeal.  See OCGA § 5-6-35 (a) (2); *Schmidt v. Schmidt*, 270 Ga. 461, 461-462 (1) (510 SE2d 810) (1999).  Burton's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  11/28/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*